**Fill in this information to identify the case:**

Debtor name      **Cash4Cases, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **20-10010**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January  3, 2020**          X **/s/ Jaeson Birnbaum**
                                            Signature of individual signing on behalf of debtor

                                            **Jaeson Birnbaum**
                                            Printed name

                                            **Chief Executive Officer**
                                            Position or relationship to debtor

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC
DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF
ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## Introduction

These *Global Notes, Methodology and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs ("Statements") for each of Liberty Bridge Capital Management GP, LLC, Cash4Cases, Inc., Liberty Bridge Capital Management IM, LLC, Liberty Bridge Settlement Clearing, LLC, Liberty Bridge Finco LLC, Liberty Bridge Capital Management, L.P., Diversified Pre-Settlement Portfolio I, A Series of Liberty Bridge Capital Management, L.P. and Diversified Pre-Settlement Portfolio II, A Series of Liberty Bridge Capital Management, L.P. (each a "Debtor" and collectively, the "Debtors"). The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of any Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' representatives' reasonable efforts to report the assets and liabilities of each Debtor.

In preparing the Schedules and Statements, the Debtors' professionals relied upon information derived from each Debtor's available books and records. However, certain of the Debtors did not maintain separate books and records or were otherwise incomplete.  Parties should be advised that inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors' attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements, and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, each Debtor and its attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized.

In reviewing and signing the Schedules and Statements, the Debtors' authorized person has relied upon the efforts, statements, and representations of the Debtors' professionals and in certain instances upon the Debtors' former personnel.

1

**Global Notes and Overview of Methodology**

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to a claim ("Claim") description, designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by such Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by such Debtor against which the Claim is listed or against such Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to each Debtor's chapter 7 case, including, without limitation, issues involving Claims, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors are not hereby committing or obligating itself to update the Schedules and Statements.

2. **Description of Cases and "as of" Information Date**. The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of each Debtor as of the close of business on December 31, 2019, and the liability information provided herein, except as otherwise noted, represents the liability data of each Debtor as of the close of business on such date.

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of the Debtors' assets. Additionally, because the book values of certain assets, such as equipment may materially differ from their fair market values, they may be listed as undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4. **Recharacterization**. Notwithstanding the reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, these may, nevertheless, have been improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, all rights are reserved to recharacterize, reclassify, recategorize, further designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without

limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5. **Real Property and Personal Property–Leased**. In the ordinary course of its business, the Debtors may have leased various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. Reasonable efforts were made to list all such leases in the Schedules and Statements.

6. **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

   The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

7. **Executory Contracts and Unexpired Leases**. The Debtors known executory contracts and unexpired leases have been set forth in Schedule G of the Schedules, respectively.

8. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission as to the legal rights of the claimant.

9. **Claims Description**. Schedules D and E/F permit the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim as "disputed," "contingent," or "unliquidated" does not constitute an admission that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. For the avoidance of doubt, given the authorized person's present inability to verify the accuracy and completeness of the Debtors' books and records, the Debtors have determined to designate certain claims as "disputed." The overall effect of this determination will be that certain creditors are required to file proofs of their claims by a bar date to be established in this case.

10. **Causes of Action**. Despite reasonable efforts to identify all known assets, the authorized person may not have listed all of the Debtors' causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. All rights are reserved with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power,

3

privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, whether asserted directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "<u>Causes of Action</u>"), and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

11. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

<u>**Specific Disclosures with Respect to the Debtors' Schedules**</u>

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of each of the Debtor's assets as of the close of business on December 31, 2019, unless otherwise noted below.

**Schedule A/B part 3**. The Debtors' business operations involve the purchase from tort plaintiffs of all or a portion of such plaintiff's recovery from litigation claims. The Debtors' aggregate receivables consist of the principal portion of the amounts purchased as well as an interest accrual which is presented with a 50% reserve. On account of intercompany transfers associated with these assets and the uncertainty of title at present, the aggregate value of the receivable assets are reflected on more than one of the Debtor's Schedule A/B.

**Schedule A/B part 7, 8 and 9**. Values related to furniture, equipment, building, vehicles and real property listed on Schedule A/B part 7, 8 and 9 are as the current market value, if known.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

The Debtors have reflected three types of creditors and notice parties on Schedule D: 1) institutional parties that advanced funds to one or more of the Debtors and which advances were secured by security agreements on various assets; 2) individual parties that advanced funds and which related agreements identified certain assets as collateral; and 3) various other parties that purchased and assumed certain Debtor's rights as to receivables subject to collection.

**Schedule E/F part 1**. The Claimants listed in this category are for noticing purposes only. The Debtors are currently unaware of any amounts due to these Claimants.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against each the Debtor on Schedule E/F part 2, based upon the Debtors' books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, no Debtor listed a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving each Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E//F may be subject to subordination pursuant to section 510 of the Bankruptcy Code or otherwise. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained through reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that (i) such contract or agreement is or is not an executory contract, (ii) such unexpired lease was in effect on the Petition Date, or (iii) such contract or agreement is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other

document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of its business, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such agreements may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the parties that are either the principal obligors or guarantors under the prepetition debt facilities are listed as co-debtors on Schedule H.

In the ordinary course of its business, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

**Fill in this information to identify the case:**

Debtor name **Cash4Cases, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **20-10010**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ 39,685,576.67

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ 39,685,576.67

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 28,305,727.22

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 0.00

4. **Total liabilities** .............................................................................................
   Lines 2 + 3a + 3b                                                                                          $ 28,305,727.22

| Fill in this information to identify the case: |
|---|
| Debtor name **Cash4Cases, Inc.** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) **20-10010** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | | **0615** | $0.00 |
| 3.2. | **Bank of America** | | **2807** | $0.00 |
| 3.3. | **Bank of America** | | **7539** | $0.00 |
| 3.4. | **Bank of America** | **Office Wires** | **7542** | $0.00 |
| 3.5. | **Bank of America** | **LB1** | **9466** | $0.00 |
| 3.6. | **Bank of America** | | **7849** | $0.00 |
| 3.7. | **Bank of America** | | **3502** | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                   Best Case Bankruptcy

| Debtor | **Cash4Cases, Inc.** | | Case number *(If known)* | **20-10010** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.8. | **Bank of America** | **6518** | **$0.00** |
| 3.9. | **Signature Bank** | **8867** | **$34.59** |
| 3.10. | **Signature Bank** | **8875** | **$3,205.03** |
| 3.11. | **Signature Bank** | **0918** | **$7,128.42** |
| 3.12. | **Signature Bank** | **0926** | **$26,857.13** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                                                      **$37,225.17**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:** | **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

&#9632; No.  Go to Part 3.
&#9633; Yes Fill in the information below.

**Part 3:** | **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

&#9633; No.  Go to Part 4.
&#9632; Yes Fill in the information below.

11.  **Accounts receivable**

| 11b. Over 90 days old: | 25,236,679.00 | - | 0.00 | =.... | **$25,236,679.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 28,823,345.00 | - | 14,411,672.50 | =.... | **$14,411,672.50** |
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**                                                                                     **$39,648,351.50**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:** | **Investments**

13. **Does the debtor own any investments?**

&#9632; No.  Go to Part 5.
&#9633; Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **Cash4Cases, Inc.**                                          Case number *(If known)*    **20-10010**
_____
Name

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** office equipment | **Unknown** | | **Unknown** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                                    **$0.00**
      Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Cash4Cases, Inc.** | Case number *(If known)* | **20-10010** |
|---|---|---|---|
| | Name | | |

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** Cash4Cases.com | Unknown | | Unknown |
| CaseCashNow.com | Unknown | | Unknown |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Cash4Cases, Inc.** | | Case number *(If known)* | **20-10010** |
|---|---|---|---|---|
| | Name | | | |

---

<span style="background:black;color:white">Part 12:</span>   **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $37,225.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $39,648,351.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $39,685,576.67 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $39,685,576.67 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Cash4Cases, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-10010**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| 2.1 | **Andrew Perry**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$200,000.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**13 Tioga Pass**
**Short Hills, NJ 07078**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**andrewperry@comcast.net**
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 | **Ardec**<br>Creditor's Name | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Cash4Cases, Inc.** | | Case number *(if know)* | **20-10010** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **BCP Special Opportunities** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Fund I Holdings LP, as
Agent
650 Madison Avenue, Floor
23
New York, NY 10022**

Creditor's mailing address

**all assets**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

---

| 2.4 | **Betty Rapaport** | Describe debtor's property that is subject to a lien | **$400,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**38 Litchult Lane
Mahwah, NJ 07430**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Bettyrap@aol.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

---

| 2.5 | **Camille Raia** | Describe debtor's property that is subject to a lien | **$2,000,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**332 Greenway Road
Ridgewood, NJ 07450**

Creditor's mailing address

**Describe the lien**

---

| Debtor | Cash4Cases, Inc. | Case number (if know) | 20-10010 |
|---|---|---|---|
| | Name | | |

**cammyra@aol.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Coop Capital LLC** | **Describe debtor's property that is subject to a lien** | **$1,924,565.08** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**400 Madison Avenue, Suite 4D**
**New York, NY 10016**

Creditor's mailing address

**all assets**

**Describe the lien**

**joshua@mighty.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.7 | **David Berkowitz** | **Describe debtor's property that is subject to a lien** | **$300,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**111 Galway Place, Suite 205**
**Teaneck, NJ 07666**

Creditor's mailing address

**Describe the lien**

**davidb@summagoods.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Cash4Cases, Inc.** | | Case number (if know) | **20-10010** |
|---|---|---|---|---|
| | Name | | | |

| 2.8 | **Diversified Pre-Settlement Portfolio I** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**228 Park Avenue South**
**New York, NY 10003**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **DRB Financial aka US Claims OPCO LLC** | Describe debtor's property that is subject to a lien | **$10,755,236.05** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1625 S. Congress Avenue**
**Delray Beach, FL 33445**

Creditor's mailing address

**Describe the lien**

**jterlizzi@drbmail.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.10 | **Elaine Davis** | Describe debtor's property that is subject to a lien | **$150,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**115 Woodmont Avenue,**
**Apt. 602**
**Nashville, NC 27205**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Cash4Cases, Inc.** | Case number (if know) | **20-10010** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 1 | **Eric Dinowitz** | Describe debtor's property that is subject to a lien | **$1,000,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**47 Maple Street**
**Summit, NJ 07901**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

**edinowitz@gmail.com**
■ No

Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 2 | **Joan Dinowitz** | Describe debtor's property that is subject to a lien | **$100,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**3 Ward Street**
**Hastings on Hudson, NY 10706**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

**joan.dinowitz@gmail.com**
■ No

Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 3 | **Kenneth Birnbaum** | Describe debtor's property that is subject to a lien | **$1,000,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**PO Box 813**
**Saddle River, NJ 07458**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 11

| Debtor | **Cash4Cases, Inc.** | Case number (if know) | **20-10010** |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**

**birnlaw@gmail.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 4 | **Lawyers Funding Group** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Two Penn Center Building 1500 John F. Kennedy Blvd. Philadelphia, PA 19102**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.1 5 | **Lenders Funding, LLC** | Describe debtor's property that is subject to a lien **all present and future assets** | **$5,000,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**2200 Fletcher Avenue Fort Less, NJ 07407**

Creditor's mailing address

**Describe the lien**

**rzadek@lendersfunding.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | **Cash4Cases, Inc.** | Case number (if know) | **20-10010** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Marci Rapaport** | Describe debtor's property that is subject to a lien | **$25,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**345 East 81st Street, Apt.
16-G
New York, NY 10028**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☐ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Michael Weisz** | Describe debtor's property that is subject to a lien | **$450,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Yieldstreet
300 Park Avenue, 15th
Floor
New York, NY 10022**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☐ No
☐ Yes

**mweisz@yieldstreet.com**

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Multi Funding, Inc.** | Describe debtor's property that is subject to a lien | **$1,830,259.39** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**62 Mill Hill Road
Woodstock, NY 12498**

Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Cash4Cases, Inc.** | | Case number (if know) | **20-10010** |
|---|---|---|---|---|
| | Name | | | |

amyh@multifundingusa.com

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.19 | **Prime Case Funding** | Describe debtor's property that is subject to a lien | **$1,000,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**11 Broadway**
**New York, NY 10004**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.20 | **Prism Alt Income, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | all commerical tort claims and all of the related assets, all cash, cash equivalents, A/R, etc. | | |

**15333 N. Pima Road**
**Scottsdale, AZ 85260**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  8 of 11

| Debtor | **Cash4Cases, Inc.** | Case number (if know) | **20-10010** |
|---|---|---|---|
| | Name | | |

---

**2.21**  **Ruth Groper**
Creditor's Name

**38 Litchult Lane**
**Mahwah, NJ 07430**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$150,000.00    $0.00

---

**2.22**  **South Avenue Capital Litigation Funding**
Creditor's Name

**Andrew Weksler**
**100 Church Street, #854**
**Brooklyn, NY 11201**
Creditor's mailing address

**efried@grbridge.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

$444,885.00    $0.00

---

**2.23**  **Stan Leibovitz**
Creditor's Name

**111 Galway Place, Suite 205**
**Teaneck, NJ 07666**
Creditor's mailing address

**sailorsl@aol.com**
Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No

$800,000.00    $0.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 9 of 11

| Debtor | **Cash4Cases, Inc.** | Case number (if know) | **20-10010** |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 4 | | | | |
|---|---|---|---|---|
| **Stephen Knaster** | **Describe debtor's property that is subject to a lien** | | **$150,000.00** | **$0.00** |
| Creditor's Name | | | | |

**416 Battle Flag Lane**
**Mount Juliet, TN 37122**

Creditor's mailing address    **Describe the lien**

**Is the creditor an insider or related party?**

**steveknaster@hotmail.com**    ■ No

Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    ■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 5 | | | | |
|---|---|---|---|---|
| **Steven Goldstein, Esq.** | **Describe debtor's property that is subject to a lien** | | **$245,000.00** | **$0.00** |
| Creditor's Name | | | | |

**8 Dogwood Terrace**
**Springfield, NJ 07081**

Creditor's mailing address    **Describe the lien**

**Is the creditor an insider or related party?**

**steveng@ghlawnynj.com**    ■ No

Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    ■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 6 | | | | |
|---|---|---|---|---|
| **Thrivest Link, LLC** | **Describe debtor's property that is subject to a lien** | | **$380,781.70** | **$0.00** |

---

| | |
|---|---|
| Debtor | **Cash4Cases, Inc.** |
| | Name |

Case number (if know)  **20-10010**

Creditor's Name

**8 Tower Bridge**
**161 Washington Street,**
**Suite 240**
**Conshohocken, PA 19428**

Creditor's mailing address

**rsilverman@thrivestlink.co**
**m**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$28,305,727.22

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Steven Goldstein, Esq.**<br>**1199 Route 22 E.**<br>**Mountainside, NJ 07092** | Line  **2.25** | |

---

| Fill in this information to identify the case: |
|---|

Debtor name **Cash4Cases, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-10010**

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Isis Colon**<br>**207 Gibson Blvd.**<br>**Clark, NJ 07066** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    51525                    Best Case Bankruptcy

| Debtor | **Cash4Cases, Inc.** | | Case number (if known) | **20-10010** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Jaqueline A. Nigro**<br>**PO Box 1355**<br>**Hopewell Junction, NY 12533** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Maciel Cruz**<br>**4111 Elbertson Street, #662**<br>**Elmhurst, NY 11373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **NYC Departmentof Finance**<br>**Legal Affairs**<br>**345 Adams Street, 3rd Floor**<br>**Brooklyn, NY 11201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **NYS Department of Taxation and**<br>**Finance**<br>**Bankruptcy/Special Procedures**<br>**Section**<br>**PO Box 5300**<br>**Albany, NY 12205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Cash4Cases, Inc.** | | Case number *(if known)* | **20-10010** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- | --- |

**Orisel Perdomo**
**9201 Lamont Avenue, Apt. 3G**
**Elmhurst, NY 11373**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**wages** |
| --- | --- |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- | --- |

**Pat Pait**
**132 Saw Mill Road**
**Sparta, NJ 07871**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**wages** |
| --- | --- |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- | --- |

**Robert Livoti**
**47 Barry Road**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**wages** |
| --- | --- |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- | --- |

**Roseanna Gutierrez**
**38-12 98th Street - 1st Floor**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**wages** |
| --- | --- |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Cash4Cases, Inc.** | Case number (if known) | **20-10010** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Stanley DiCicco**
**505 East 79th Street, 6L**
**New York, NY 10075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American Express**
**PO Box 650448**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**American Legal Finance Association**
**818 Connecticut Avenue, NW, Suite 1100**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chaves & Perlowitz LLP**
**111 John Street, #312**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**D2 Office Furniture**
**150 E. 39th Street**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DocuSign**
**Wells Fargo Center**
**999 Third Avenue, #1800**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Cash4Cases, Inc.** | Case number (if known) | **20-10010** |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Earthclassmail.com**
**3131 McKinney Avenue, Suite 502**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**FL UCC Efilings**
**PO Box 5588**
**Tallahassee, FL 32314**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Freedom Voice Systems**
**5600 Avenida Encinas, Suite 170**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Godaddy.com**
**14455 N. Hayden Road, Suite 226**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hubspot Inc.**
**25 First Street**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Intuit QB Online**
**1810 Embaracadero Road**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Kon Corporation**
**132 Saw Mill Road**
**Sparta, NJ 07871**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cash4Cases, Inc.** | Case number (if known) | **20-10010** |
|---|---|---|---|
| | Name | | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lawofficeda**
**2211 North First Street**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Loandepot.com LLC**
**102 Elm Street**
**Walpole, MA 02081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mighty Group Inc.**
**48 W. 25th Street, 3rd Floor**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**NYS DOS UCC**
**99 Washington Avenue, 6th Floor**
**Albany, NY 12231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**PA Attorney Registration Fees**
**601 Commonwealth Avenue, Suite 5600**
**Harrisburg, PA 17106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sarita Kedia Law Offices, P.C.**
**5 E. 22nd Street, #7B**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Staples.com**
**500 Staples Drive**
**Framingham, MA 01702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cash4Cases, Inc.** | Case number (*if known*) | **20-10010** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Verizon** | ☐ Contingent | |
| | **125 W. 42nd Street** | ☐ Unliquidated | |
| | **New York, NY 10036** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

**Fill in this information to identify the case:**

Debtor name    **Cash4Cases, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-10010**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest  **broker services to provide leads for lawsuit, settlement and surgical funding**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Bob Tansey**<br>**140 Fairfield Road**<br>**Fairfield, NJ 07004** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest  **office lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Dom Ben Realty Corporation**<br>**280 Madison Avenue, Suite 900**<br>**New York, NY 10016** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest  **employee training and database development**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Key Operations Network, Inc.**<br>**132 Sawmill Road**<br>**Sparta, NJ 07871** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest  **backoffice services**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Mighty Group Inc.**<br>**48 W. 25th Street, 3rd Floor**<br>**New York, NY 10010** |

| Debtor 1 | **Cash4Cases, Inc.** | | | Case number *(if known)* | **20-10010** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**payroll services**

State the term remaining

List the contract number of any government contract

**Paychex of New York**
**1175 John Street**
**West Henrietta, NY 14586**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**broker services to provide leads for lawsuit, settlement and surgical funding**

State the term remaining

List the contract number of any government contract

**Triumph Legal Funding LLC**
**140 Fairfield Road**
**Fairfield, NJ 07004**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**agreement for internet marketing services**

State the term remaining

List the contract number of any government contract

**Wingman Marketing**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Cash4Cases, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **20-10010**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name   **Cash4Cases, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **20-10010**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$5,386,140.75** |
| **For the fiscal year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$3,332,486.89** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Cash4Cases, Inc.**                                                                     Case number *(if known)*  **20-10010**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Alliant**<br>**11545 W. Touhy Avenue**<br>**Chicago, IL 60631** | | $7,527.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265** | | $72,980.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Betty Rapaport**<br>**38 Litchult Lane**<br>**Mahwah, NJ 07430** | | $8,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Camille Raia**<br>**332 Greenway Road**<br>**Ridgewood, NJ 07450** | | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5.  **Bank of America**<br>**Claims Processing Transcation**<br>**280 Madison Avenue**<br>**New York, NY 10017** | | $19,419.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.6.  **Law Offices of Elliot Malone, Esq., LLC**<br>**50 County Road**<br>**Cresskill, NJ 07626** | | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7.  **Eric Dinowitz**<br>**47 Maple Street**<br>**Summit, NJ 07901** | | $14,166.66 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.  **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | | $74,872.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

Debtor    **Cash4Cases, Inc.**                                    Case number *(if known)*    **20-10010**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Jaqueline A. Nigro** PO Box 1355 Hopewell Junction, NY 12533 | | $13,600.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.10. **Kenneth Birnbaum** PO Box 813 Saddle River, NJ 07458 | | $60,250.00 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11. **Lenders Funding, LLC** 2200 Fletcher Avenue Fort Less, NJ 07407 | | $77,083.33 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12. **MBFS** 36455 Corporate Drive Farmington, MI 48331 | | $10,900.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.13. **Michael R. Perle** 207 N. 86th Street, PH-D New York, NY 10028 | | $20,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.14. **Mighty Group Inc.** 48 W. 25th Street, 3rd Floor New York, NY 10010 | | $50,484.20 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.15. **NYS Department of Taxation and Finance** Bankruptcy/Special Procedures Section PO Box 5300 Albany, NY 12205 | | $12,747.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.16. **Pierce III** c/o  Michael Weisz 300 Park Avenue, 15th Floor New York, NY 10022 | | $72,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |

Debtor   **Cash4Cases, Inc.**                                                      Case number *(if known)*  **20-10010**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **Susan Leibovitz**<br>**111 Galway Place, Suite 205**<br>**Teaneck, NJ 07666** | | **$108,997.80** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **TD Auto Finance**<br>**PO Box 9223**<br>**Farmington Hills, MI 48333** | | **$10,387.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. **Signature Bank**<br>**565 Fifth Avenue**<br>**New York, NY 10017** | | **$617,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Transfer to acct no. 0615** |
| 3.20. **Jaeson Birnbaum**<br>**9 Cameron Road**<br>**Saddle River, NJ 07458** | | **$58,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Transfer to acct. no. 1277** |
| 3.21. **Bank of America**<br>**280 Madison Avenue**<br>**New York, NY 10017** | | **$20,050.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Transfer to acct. no. 7542** |
| 3.22. **Bank of America**<br>**280 Madison Avenue**<br>**New York, NY 10017** | | **$805,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Transfer to acct. no. 7849** |
| 3.23. **Signature Bank**<br>**565 Fifth Avenue**<br>**New York, NY 10017** | | **$24,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Transfer to acct no. 8867** |

| Debtor | **Cash4Cases, Inc.** | | Case number *(if known)* | **20-10010** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.24. **Signature Bank**<br>**565 Fifth Avenue**<br>**New York, NY 10017** | | **$32,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **transfer to acct no. 0993** |
| 3.25. **Signature Bank**<br>**565 Fifth Avenue**<br>**New York, NY 10017** | | **$238,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **transfer to acct no. 0853** |
| 3.26. **Signature Bank**<br>**565 Fifth Avenue**<br>**New York, NY 10017** | | **$60,738.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Transfer to acct no. 1248** |
| 3.27. **Collection Lockbox SPV LLC**<br>**c/o DRB Financial aka US Claims**<br>**OPCO LLC**<br>**1625 S. Congress Avenue**<br>**Delray Beach, FL 33445** | | **$373,823.61** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. **Signature Bank**<br>**565 Fifth Avenue**<br>**New York, NY 10017** | | **$130,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **transfer to acct no. 0993** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jaeson Birnbaum**<br>**340 Indian Trail Drive**<br>**Franklin Lakes, NJ 07417** | | **$1,153,545.62** | |
| 4.2. **Chaves Perlowitz Luftig**<br>**111 John Street, #312**<br>**New York, NY 10038** | | **$757,000.00** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Cash4Cases, Inc. | | Case number *(if known)* | 20-10010 |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3. **Cutler Minikes and Adelman**<br>**708 Third Avenue**<br>**5th Floor**<br>**New York, NY 10017** | | **$280,000.00** | |
| 4.4. **Meyerson, Fox, Manicelli**<br>**One Paragon Drive, Suite 240**<br>**Montvale, NJ 07645** | | **$530,000.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Pashman Stein Walder Hayden P.C.**<br>**Alan Silber**<br>**21 Main Street, Suite 200**<br>**Hackensack, NJ 07601** | **Collection of real estate deposit - $410,000**<br>Last 4 digits of account number: _____ | **12/30/19** | **$68,227.37** |

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Lenders Funding, LLC v. Cash4Cases, Inc., Jaeson Birnnaum, Kenneth Birnbaum, and Liberty Bridge Capital Management GP, LLC**<br>**3:19-CV-08096-YGR** | **breach of contract and fraud** | **United States District Court, NDCA**<br>**Ronald V. Dellums Federal Building**<br>**& US Courthouse**<br>**1301 Clay Street**<br>**Oakland, CA 94612** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | **Cash4Cases, Inc.** | Case number *(if known)* | **20-10010** |
|---|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ryniker Consultants, LLC<br>156 Dubois Avenue, Floor 2<br>Sea Cliff, NY 11579** | | **12/11/19 -<br>$40,000<br>12/23/19 -<br>$40,000** | **$80,000.00** |
| | Email or website address<br>**Brian@rynikerllc.com** | | | |
| | Who made the payment, if not debtor?<br>**Liberty Bridge Capital Management IM, LLC paid aggregate retainer on behalf of affiliated debtors** | | | |
| 11.2. | **Klestadt Winters Jureller Southard & Stevens, LLP<br>200 West 41st Street, 17th Floor<br>New York, NY 10036-7203** | **Payment for Legal Services** | **12/30/2019** | **$125,000.00** |
| | Email or website address<br>**klestadt.com** | | | |
| | Who made the payment, if not debtor?<br>**Liberty Bridge Capital Management IM, LLC paid aggregate retainer on behalf of affiliated debtors** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

Debtor     **Cash4Cases, Inc.**                                                       Case number *(if known)*   **20-10010**

---

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **81 Franklin Lakes Road, Suite 200**<br>**Franklin Lakes, NJ 07417** | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

---

| Debtor | **Cash4Cases, Inc.** | Case number *(if known)* | **20-10010** |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Cash4Cases, Inc. | Case number *(if known)* | 20-10010 |

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Cipolla Financial Advisors, LLC** **1325 Avenue of the Americas, 28th Floor** **New York, NY 10019** | |
| 26a.2. **EisnerAmper** **750 Third Avenue** **New York, NY 10017** | |
| 26a.3. **Marc M. Radin PC, C.P.A.** **126 Valley Road, 2nd Floor** **Glen Rock, NJ 07452** | |
| 26a.4. **Teitelbaum & Company** **500 Wythe Avenue** **Brooklyn, NY 11249** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jaeson Birnbaum** **9 Cameron Road** **Saddle River, NJ 07458** | |

| Debtor | **Cash4Cases, Inc.** | Case number *(if known)* | **20-10010** |
|---|---|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | **Stanley DiCicco**<br>**505 East 79th Street, 6L**<br>**New York, NY 10075** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jaeson Birnbaum** | **9 Cameron Road**<br>**Saddle River, NJ 07458** | **Chief Executive Office** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Cash4Cases, Inc.** | Case number *(if known)*  **20-10010** |
| --- | --- | --- |

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  3, 2020**

| **/s/ Jaeson Birnbaum** | **Jaeson Birnbaum** |
| --- | --- |
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**United States Bankruptcy Court**
**Southern District of New York**

In re    **Cash4Cases, Inc.**                                              Case No.    **20-10010**
                                                            Debtor(s)        Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **January  3, 2020**                    **/s/ Jaeson Birnbaum**
                                                **Jaeson Birnbaum/Chief Executive Officer**
                                                Signer/Title

AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265

AMERICAN LEGAL FINANCE ASSOCIATION
818 CONNECTICUT AVENUE, NW, SUITE 1100
WASHINGTON, DC 20006

ANDREW PERRY
13 TIOGA PASS
SHORT HILLS, NJ 07078

ARDEC

BCP SPECIAL OPPORTUNITIES
FUND I HOLDINGS LP, AS AGENT
650 MADISON AVENUE, FLOOR 23
NEW YORK, NY 10022

BETTY RAPAPORT
38 LITCHULT LANE
MAHWAH, NJ 07430

BOB TANSEY
140 FAIRFIELD ROAD
FAIRFIELD, NJ 07004

CAMILLE RAIA
332 GREENWAY ROAD
RIDGEWOOD, NJ 07450

CHAVES & PERLOWITZ LLP
111 JOHN STREET, #312
NEW YORK, NY 10038

COOP CAPITAL LLC
400 MADISON AVENUE, SUITE 4D
NEW YORK, NY 10016

D2 OFFICE FURNITURE
150 E. 39TH STREET
NEW YORK, NY 10016

DAVID BERKOWITZ
111 GALWAY PLACE, SUITE 205
TEANECK, NJ 07666


DIVERSIFIED PRE-SETTLEMENT PORTFOLIO I
228 PARK AVENUE SOUTH
NEW YORK, NY 10003


DOCUSIGN
WELLS FARGO CENTER
999 THIRD AVENUE, #1800
SEATTLE, WA 98104


DOM BEN REALTY CORPORATION
280 MADISON AVENUE, SUITE 900
NEW YORK, NY 10016


DRB FINANCIAL AKA US CLAIMS OPCO LLC
1625 S. CONGRESS AVENUE
DELRAY BEACH, FL 33445


EARTHCLASSMAIL.COM
3131 MCKINNEY AVENUE, SUITE 502
DALLAS, TX 75204


ELAINE DAVIS
115 WOODMONT AVENUE, APT. 602
NASHVILLE, NC 27205


ERIC DINOWITZ
47 MAPLE STREET
SUMMIT, NJ 07901


FL UCC EFILINGS
PO BOX 5588
TALLAHASSEE, FL 32314


FREEDOM VOICE SYSTEMS
5600 AVENIDA ENCINAS, SUITE 170
CARLSBAD, CA 92008


GODADDY.COM
14455 N. HAYDEN ROAD, SUITE 226
SCOTTSDALE, AZ 85260

HUBSPOT INC.
25 FIRST STREET
CAMBRIDGE, MA 02141


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101


INTUIT QB ONLINE
1810 EMBARACADERO ROAD
PALO ALTO, CA 94303


ISIS COLON
207 GIBSON BLVD.
CLARK, NJ 07066


JAQUELINE A. NIGRO
PO BOX 1355
HOPEWELL JUNCTION, NY 12533


JOAN DINOWITZ
3 WARD STREET
HASTINGS ON HUDSON, NY 10706


KENNETH BIRNBAUM
PO BOX 813
SADDLE RIVER, NJ 07458


KEY OPERATIONS NETWORK, INC.
132 SAWMILL ROAD
SPARTA, NJ 07871


KON CORPORATION
132 SAW MILL ROAD
SPARTA, NJ 07871


LAWOFFICEDA
2211 NORTH FIRST STREET
SAN JOSE, CA 95131


LAWYERS FUNDING GROUP
TWO PENN CENTER BUILDING
1500 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA 19102

```
LENDERS FUNDING, LLC
2200 FLETCHER AVENUE
FORT LESS, NJ 07407


LOANDEPOT.COM LLC
102 ELM STREET
WALPOLE, MA 02081


MACIEL CRUZ
4111 ELBERTSON STREET, #662
ELMHURST, NY 11373


MARCI RAPAPORT
345 EAST 81ST STREET, APT. 16-G
NEW YORK, NY 10028


MICHAEL WEISZ
C/O YIELDSTREET
300 PARK AVENUE, 15TH FLOOR
NEW YORK, NY 10022


MIGHTY GROUP INC.
48 W. 25TH STREET, 3RD FLOOR
NEW YORK, NY 10010


MULTI FUNDING, INC.
62 MILL HILL ROAD
WOODSTOCK, NY 12498


NYC DEPARTMENTOF FINANCE
LEGAL AFFAIRS
345 ADAMS STREET, 3RD FLOOR
BROOKLYN, NY 11201


NYS DEPARTMENT OF TAXATION AND FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECTION
PO BOX 5300
ALBANY, NY 12205


NYS DOS UCC
99 WASHINGTON AVENUE, 6TH FLOOR
ALBANY, NY 12231
```

ORISEL PERDOMO
9201 LAMONT AVENUE, APT. 3G
ELMHURST, NY 11373

PA ATTORNEY REGISTRATION FEES
601 COMMONWEALTH AVENUE, SUITE 5600
HARRISBURG, PA 17106

PAT PAIT
132 SAW MILL ROAD
SPARTA, NJ 07871

PAYCHEX OF NEW YORK
1175 JOHN STREET
WEST HENRIETTA, NY 14586

PRIME CASE FUNDING
11 BROADWAY
NEW YORK, NY 10004

PRISM ALT INCOME, LLC
15333 N. PIMA ROAD
SCOTTSDALE, AZ 85260

ROBERT LIVOTI
47 BARRY ROAD
SCARSDALE, NY 10583

ROSEANNA GUTIERREZ
38-12 98TH STREET - 1ST FLOOR
CORONA, NY 11368

RUTH GROPER
38 LITCHULT LANE
MAHWAH, NJ 07430

SARITA KEDIA LAW OFFICES, P.C.
5 E. 22ND STREET, #7B
NEW YORK, NY 10010

SOUTH AVENUE CAPITAL LITIGATION FUNDING
ANDREW WEKSLER
100 CHURCH STREET, #854
BROOKLYN, NY 11201

STAN LEIBOVITZ
111 GALWAY PLACE, SUITE 205
TEANECK, NJ 07666


STANLEY DICICCO
505 EAST 79TH STREET, 6L
NEW YORK, NY 10075


STAPLES.COM
500 STAPLES DRIVE
FRAMINGHAM, MA 01702


STEPHEN KNASTER
416 BATTLE FLAG LANE
MOUNT JULIET, TN 37122


STEVEN GOLDSTEIN, ESQ.
8 DOGWOOD TERRACE
SPRINGFIELD, NJ 07081


STEVEN GOLDSTEIN, ESQ.
1199 ROUTE 22 E.
MOUNTAINSIDE, NJ 07092


THRIVEST LINK, LLC
8 TOWER BRIDGE
161 WASHINGTON STREET, SUITE 240
CONSHOHOCKEN, PA 19428


TRIUMPH LEGAL FUNDING LLC
140 FAIRFIELD ROAD
FAIRFIELD, NJ 07004


VERIZON
125 W. 42ND STREET
NEW YORK, NY 10036


WINGMAN MARKETING

# United States Bankruptcy Court
## Southern District of New York

In re    **Cash4Cases, Inc.** _____    Case No.    **20-10010** _____
                                    Debtor(s)                 Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Cash4Cases, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January  3, 2020** _____    **/s/ Sean C. Southard** _____
Date                                                **Sean C. Southard**
                                                     Signature of Attorney or Litigant
                                                     Counsel for    **Cash4Cases, Inc.** _____
                                                     **Klestadt Winters Jureller Southard & Stevens, LLP**
                                                     **200 West 41st Street**
                                                     **17th Floor**
                                                     **New York, NY 10036-7203**
                                                     **(212) 972-3000 Fax:(212) 972-2245**
                                                     **ssouthard@klestadt.com**